UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:24-cr- |
| | : | |
| v. | : | (JUDGE         ) |
| | : | |
| **JESSE BUTCHER**, | : | |
| Defendant | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 641
(Theft of Government Money or Property)

In or around January and February 2023, in the Middle District of Pennsylvania, the defendant,

**JESSE BUTCHER**,

willfully and knowingly did steal United States Postal Money Orders, of a value exceeding $1,000, of the goods and property of the United States.

In violation of Title 18, United States Code, Section 641.

THE UNITED STATES ATTORNEY FURTHER CHARGES:

## COUNT 2
18 U.S.C. § 1709
(Theft of Mail by a Postal Employee)

In or around January and February 2023, in the Middle District of Pennsylvania, the defendant,

**JESSE BUTCHER**,

a United States Postal Service employee, did embezzle multiple pieces of mail that had been entrusted to the defendant and which had come into the defendant's possession intended to be conveyed by mail and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service.

In violation of Title 18, United States Code, Section 1709.

GERARD M. KARAM
UNITED STATES ATTORNEY

_Christian T. Haugsby_                    11/5/2024
CHRISTIAN T. HAUGSBY                     Date
Assistant U.S. Attorney

2